IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 02-172-12 |
| JOHN DAIR<br>USM #56309-066 | : |

**O R D E R**

AND NOW this 11th day of August, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 262 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE STEWART DALZELL
Senior United States District Court Judge

8/11/15 2cc: Marshal
RBT Weisberger - Prob
cc: Bernadette McKeon - AUSA
Elj Taplin, Esq.